445 A.2d 224

## Commonwealth v. Mikolaicki, Appellant.

 Submitted September 10, 1981. Albert J. Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.